UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JEANINE KIRK,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 4:26-cv-265-JCB** |
| | § | |
| **v.** | § | |
| | § | |
| **DOXIM, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Ashley E. Tremain hereby enters appearance in this action as counsel on behalf of

Plaintiff in the above-styled civil action:

Ashley E. Tremain
State Bar No. 24066209

TREMAIN ARTAZA PLLC
6060 N. Ctrl. Expwy., Suite 567
Dallas, TX  75206

Tel: (469) 573-0271
Fax: (214) 254-4941
Email:  ashley@tremainartaza.com

## CERTIFICATE OF SERVICE

On June 23, 2026, I electronically served all parties of record with this document, using the electronic case filing system of the court.

*/s/ Ashley E. Tremain* .
Ashley E. Tremain, Esq.